[Civ. No. 7003. First Appellate District, Division One.—July 9, 192?.]

CITY OF OAKLAND, a Municipal Corporation, et al., Petitioners, v. HARRY G. WILLIAMS, as Auditor, etc., Respondent.

Markell C. Baer, Port Attorney, and Hilton J. Melby, Deputy Port Attorney, for Petitioners.

No appearance for Respondent.

THE ▮▮▮▮▮▮ It is hereby ordered that the petition for a writ of mandate in the above-entitled matter be and the same is hereby denied, for the reason that petitioner should file in the first instance in the Superior Court of the State of California, in and for the County of Alameda.